```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUIS FRANCK *et al.*,

           Plaintiffs,

    -v-

NEW YORK HEALTH CARE INC. *et al.*,

           Defendants.
-----------------------------------------------------------X

**ORDER**

21-CV-4955 (GHW) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

As discussed at today's conference, the fact and expert discovery deadline in this case will be **December 15, 2022**. Absent good cause shown, it will not be further extended.

As further discussed, plaintiffs will submit letter-motions with respect to disputes related to ESI Protocol and other discovery matters by **January 12, 2022**. Defendants will respond by **January 19, 2022**. The Court will hold a telephone conference to address these issues on **January 26, 2022** at 3:00 p.m. The parties should call the Court's conference line at (877) 873-8017 (access code 5277586) at that time.

Finally, the conference scheduled before Judge Woods on February 9, 2022 (Dkt. No. 7) is adjourned *sine die*.

    **SO ORDERED.**

Dated: January 5, 2022
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge