UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUIS FRANCK and LI ZHEN FENG,
Individually and on Behalf of All Others
Similarly Situated,

                        Plaintiffs,

            -against-

NEW YORK HEALTH CARE INC.,
MURRY ENGLARD and GLEN PERSAUD,

                      Defendants.
-----------------------------------------------------------X

21 CIVIL 4955 (GHW)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/23/22

It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the Honorable Gregory H. Woods., United States District Judge's Order of Judgment dated August 15, 2022, that there being no just reason for delay, Plaintiff Louis Franck may recover from Defendant New York Home Care Inc., in full satisfaction of all of his claims, the sum of fifty thousand dollars ($50,000), plus reasonable attorneys' fees incurred through the date of the Offer of Judgment, September 7, 2022. In accordance with the terms of the Offer of Judgment, this total shall be inclusive of all amounts potentially recoverable in this action, including without limitation, actual damages, liquidated damages, costs and expenses.

**DATED**: New York, New York
              August 23, 2022

                                              **RUBY J. KRAJICK**
                                                Clerk of Court

                                   BY: _____
                                                **Deputy Clerk**