

**Joshua Feinstein**
Partner
Direct Dial: 716.848.1318
*jfeinste@hodgsonruss.com*

March 7, 2024

<u>Via CM/ECF</u>

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

      **Re:**    <u>*Franck et al. v. New York Health Care, Inc. et al.*, No. 1:21-cv-4955</u>

      We represent the Defendants in the above matter. I am, however, writing jointly on behalf of all parties in response to your February 21, 2024 Order, requesting that the Parties consider consenting to conducting all further proceedings before the assigned Magistrate Judge under 28 U.S.C. § 636(c). The Parties have discussed this matter, as requested. They do not all consent to Magistrate Judge jurisdiction.

      Thank you for your consideration.

                                            Respectfully yours,

                                            /s/ Joshua Feinstein

                                            Joshua Feinstein, Esq.

cc:    All counsel of record (via CM/ECF)