

March 11, 2024

**Via ECF**
Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Franck v. New York Health Care Inc.*, Case No. 21-cv-4955 (GHW) (JLC)

Dear Judge Cott,

The parties write jointly pursuant to Your Honor's Individual Rule I.E to request that the Court adjourn to Friday, March 15, 2024, the stay and deadline for Plaintiffs' application for preliminary class action settlement approval in the above-captioned action.

The reason for this request is that the parties executed the final Class Action Settlement Agreement on March 5 and have been working on finalizing Plaintiffs' unopposed preliminary approval submission.  This evening, defense counsel advised the undersigned that the parties have an agreement in principle on all key matters regarding the Plaintiffs' forthcoming application. Nonetheless, the parties require a modest extension to ensure that all issues are properly addressed prior to filing.  The parties do not anticipate needing additional extensions of the stay or preliminary approval deadline.

In accordance with Your Honor's Individual Practice I.E, the current expiration of the stay and preliminary approval deadline is March 12, 2024.  Your Honor previously granted extensions of the stay and preliminary approval papers on January 9, January 30, and February 21 (ECF Nos. 220, 222, 223, respectively).  All parties consent to the requested extension.

Thank you for the Court's consideration of this request.

                                                  Respectfully submitted,

                                                  /s/ J. Burkett McInturff
                                                  J. Burkett McInturff

cc:   All counsel of record (via ECF)