# Exhibit D



**[ADMINISTRATOR]**
**[ADDRESS]**
**[CITY, STATE ZIP]**

**Notice to employees and former employees of New York Health Care Inc.**

                    **JANE DOE**
                    **5555 MAIN ST**
                    **BROOKLYN, NY 11210**

**If you worked as a home care worker, you could get a payment from a class action settlement.**