# Exhibit C

**From:** Feinstein, Joshua I.
**Sent:** Wednesday, May 22, 2024 1:29 PM
**To:** William Varon <william.varon@ardenclaims.com>; ACS Operations <acsoperations@ardenclaims.com>
**Cc:** Godfrey, Peter C. <pgodfrey@hodgsonruss.com>
**Subject:** Franck et al. v. NYHC et al.

Mr. Varon,

I am attaching the final class list in the above list. Under the Settlement Agreement, the class list is confidential and should not be shared with the Plaintiffs except to the limited extent permitted under Section 3.6(b). Defendants certify that the Class List represents the most current and up to date information that Defendants have for Class Members. If you have any questions, please do not hesitate to contact me.

Thank you,

**Joshua Feinstein**
Partner
Hodgson Russ LLP

Tel:  716.848.1318
Fax:  716.819.4715

Twitter | LinkedIn | website | Bio | e-mail

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map

This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.